IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ANTONIO SANCHEZ MARTINEZ,   §<br>    Petitioner,             §<br>                              §<br>VS.                           §   CIVIL ACTION NO.4:08-CV-535-Y<br>                              §<br>DEE ANDERSON, Sheriff,        §<br>Tarrant County, Texas,        §<br>    Respondent.               § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Antonio Sanchez Martinez, along with the February 17, 2009, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until March 10 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation of the United States magistrate judge filed on February 17, 2009. The Court concludes that the petition for writ of habeas corpus should be dismissed for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Antonio Sanchez Martinez's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED without prejudice.

SIGNED March 26, 2009.

                                    _____
                                    TERRY R. MEANS
                                    UNITED STATES DISTRICT JUDGE